```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18877
   LAURIE L HOLLOWAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-7689


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 10/12/2007 and was confirmed 02/04/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 06/16/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY           1492.78          .00            .00
AMERICAS FL               UNSECURED          1075.41          .00            .00
AMERICASH LOANS LLC       UNSECURED          1667.07          .00            .00
AMERICASH                 NOTICE ONLY      NOT FILED          .00            .00
CAPITAL ONE               UNSECURED          2241.13          .00            .00
ILLINOIS LENDING GROUP    UNSECURED          1181.74          .00            .00
INSTA CASH                UNSECURED           419.20          .00            .00
MAGNUM FUNDING INC        UNSECURED        NOT FILED          .00            .00
PAYDAY LOAN               UNSECURED        NOT FILED          .00            .00
PAYDAY LOAN               UNSECURED        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED           255.61          .00            .00
GENESIS FINANCIAL SERVIC  UNSECURED           844.99          .00            .00
ILLINOIS LENDING GROUP    SECURED NOT I       314.06          .00            .00
DEVON FINANCIAL SERVICE   UNSECURED        NOT FILED          .00            .00
GLEASON & GLEASON LLC     DEBTOR ATTY       3,500.00                       635.64
TOM VAUGHN                TRUSTEE                                           55.27
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    690.91

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      635.64
TRUSTEE COMPENSATION                                 55.27
DEBTOR REFUND                                          .00
                      ---------------         ---------------
TOTALS                     690.91                   690.91

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 18877 LAURIE L HOLLOWAY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

| | |
|---|---|
| | /s/ Tom Vaughn |
| Dated: 09/24/08 | _____ |
| | TOM VAUGHN |
| | CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 07 B 18877 LAURIE L HOLLOWAY